In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00380-CV
_____

## GREGORY POPELKA, Appellant

## V.

## BROWNSTONE OFFICE CONDOMINIUMS II, L.P., MARIMED REAL ESTATE, INC. AND MARIMED SHIPPING & LOGISTICS CORP., Appellees

_____

### On Appeal from the 284th District Court
### Montgomery County, Texas
### Trial Cause No. 13-07-07872 CV
_____

## MEMORANDUM OPINION

The appellant, Gregory Popelka, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

 

                         _____
                                    CHARLES KREGER
                                        Justice

Opinion Delivered February 20, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.